UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

COLFIN FCSB FUNDING A, LLC,

Plaintiff,

– against –

283 LINDEN, LLC, CHASKEL LANDAU, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest or lien upon the premises described in the complaint,

Defendants.

---------------------------------------------------------------------X

Docket No.: 12-CV-3471

**STIPULATION OF DISCONTINUANCE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby stipulated that the above-captioned action be, and the same hereby is dismissed without costs to any party as against the other.

Dated: Uniondale, New York
October 23, 2012

WESTERMAN BALL EDERER
MILLER & SHARFSTEIN, LLP

By: ______________________
Jeffrey A. Miller, Esq.
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
*Attorneys for Plaintiff*

So Ordered

s/ MKB

USDJ 10/23/2012

696809\1